IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | )<br>)<br>) MDL 875<br>) |
| This Document Relates to United States District Court for Maryland<br><br>(See Attachment A) | )<br>)<br>)<br>)<br>)<br>)<br>) |

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: _8/11/00_

_____
Charles R. Weiner